UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRINITY ANTONETTY,<br><br>Defendant | Criminal No.  26cr10021<br><br>Violation:<br><br>Count One: Bank Fraud<br>(18 U.S.C. § 1344)<br><br>Forfeiture Allegation: (18 U.S.C. § 982(a)(2)) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. Defendant TRINITY ANTONETTY lived in Massachusetts.

2. Phalentz Vernot lived in Massachusetts.

3. Bank of America, N.A. ("Bank of America") was a financial institution that held deposits insured by the Federal Deposit Insurance Corporation.

The Scheme to Defraud

4. Between in or about July 2024 and in or about October 2024, ANTONETTY defrauded Bank of America by opening an account with an account number ending in 3707 ("the 3707 Account") in the name of a fake business, Trinity Luxury Collection LLC; providing the ATM card for the 3707 Account to Vernot so he could deposit fraudulently obtained cashier's checks into the 3707 Account; and purchasing an additional cashier's check drawn on these fraudulently obtained funds and payable to a company Vernot controlled.

1

5.  When Bank of America placed a hold on one of the fraudulently obtained cashier's checks that Vernot had deposited into the 3707 Account, ANTONETTY called Bank of America and falsely claimed that she operated a high-end car sales business and that the funds Bank of America froze were the proceeds of a car sale.

6.  Through this fraud, ANTONETTY obtained and attempted to obtain approximately $109,000 in fraudulently obtained funds under the custody and control of Bank of America.

COUNT ONE
Bank Fraud
(18 U.S.C. § 1344)

The U.S. Attorney charges:

7. The U.S. Attorney re-alleges and incorporates by reference Paragraphs 1 to 6 of this Information.

8. On or about September 16, 2024, in the District of Massachusetts, the defendant,

TRINITY ANTONETTY

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, that is, Bank of America, and to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of Bank of America, by means of materially false and fraudulent pretenses, representations, and promises.

All in violation of Title 18, United States Code, Section 1344.

FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(2))

The U.S. Attorney further alleges:

9. Upon conviction of the offense in violation of Title 18, United States Code, Section 1344, set forth in Count One, the defendant,

TRINITY ANTONETTY

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following asset(s):

a. $56,000 to be entered in the form of a forfeiture money judgment.

10. If any of the property described in Paragraph 9, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 9 above.

All pursuant to Title 18, United States Code, Section 982(a)(2).

                                                  LEAH B. FOLEY
                                                  United States Attorney

                            By:     */s/ Kristen A. Kearney*
                                    KRISTEN A. KEARNEY
                                    Assistant U.S. Attorney

Dated: January 27, 2026